ORDERED.

Dated: April 25, 2016

_____
Paul M. Glenn
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 12 |
| | Case No. 3:15-bk-05400-PMG |
| MORRIS JACKSON and SONS DAIRY, LLC | |
| | Jointly Administered with |
| ELIZA LOU JACKSON | Case Nos. 3:15-bk-05401-PMG |
| MORRIS SCOTT JACKSON | and  3:15-bk-05402-PMG |
| MATTHEW SETH JACKSON | and  3:15-bk-05479-PMG |
| Chapter 12 Debtors. | |

### ORDER GRANTING DEBTORS' MOTION TO
### CONTINUE CHAPTER 12 CONFIRMATION HEARING

**THIS CASE** is before the Court on the Debtors' Motion to Continue Chapter 12 Confirmation Hearing scheduled for May 10, 2016 at 2:30 p.m. [Docket No. 36], and good cause having been shown why the confirmation hearing should be continued, Accordingly it is

**ORDERED:**

1. The motion is granted

2. The Chapter 12 Confirmation Hearing is continued to September 7, 2016, at 1:30 pm in 300 North Hogan Street, 4th Floor - Courtroom 4A, Jacksonville, FL 32202.

Attorney, Anthony W. Chauncey, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.